**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x

**EUGENIO RAMIREZ ET AL.,**

               **Plaintiffs,**

       -against-

**1701 PIZZA LTD. ET AL.,**

              **Defendants.**

---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 4, 2022_

  **21-cv-00792 (ALC)**

  **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendants represent that Plaintiffs oppose their request for an extension. Plaintiffs shall

file a letter representing their position no later than October 7, 2022.

**SO ORDERED.**

**Dated:**   **October 4, 2022**
          **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**