# BORRELLI & ASSOCIATES

### P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

910 Franklin Avenue
Suite 200
Garden City, NY 11530
Tel. No. 516.248.5550
Fax No. 516.248.6027

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2023
```

February 6, 2023

*Via ECF*
The Honorable Stewart D. Aaron
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

ENDORSEMENT: Application GRANTED. SO ORDERED.
Dated: February 7, 2023

*[signature: Stewart D. Aaron]*

Re: *Eugenio Ramirez, et al. v. 1701 Pizza LTD. d/b/a Luigi's Pizza, et al.*
<u>Docket No.: 21-cv-00792 (ALC)(SDA)</u>

Dear Judge Aaron:

As the Court is aware, we represent the Plaintiffs in this collective wage and hour action arising under the Fair Labor Standards Act and the New York Labor Law. As the parties previously advised, they have reached a settlement in principle, and the Court accordingly set a deadline of February 7, 2023 for them to make a *Cheeks* submission. *See* Dkt. No. 40. The parties are in the process of executing the settlement agreement and finalizing the fairness letter, but will not be able to complete it by the deadline. Accordingly, we write on behalf of all parties to request a one-week extension, until February 14, 2023, to submit our motion for settlement approval. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Lauren R. Reznick, Esq.
*For the Firm*

Cc: All counsel of record (*via* ECF)