UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
    **EUGENIO RAMIREZ, et al.,**      :
                                                    **Plaintiffs,**      :
                                                    **-against-**      :      **1:21-cv-792 (ALC)(SDA)**
    **1701 PIZZA LTD. et al.,**      :     **ORDER**
                                                    **Defendants.**      :
----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of the parties' letter motion for settlement approval filed on February 14, 2023. (ECF No. 43.)

        Having reviewed the settlement agreement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds that the agreement cannot be approved as currently drafted. The agreement contains an impermissible ban on Plaintiffs' reemployment with Defendants. *Brittle v. Metamorphosis, LLC*, No. 20-cv-3880 (ER), 2021 WL 606244, at *3 (S.D.N.Y. Jan. 22, 2021) ("Courts in this Circuit have consistently rejected FLSA settlements that seek to prevent plaintiffs from having a future employment relationship with the defendant as contrary to the underlying aims of the FLSA.") (quoting *Zekanovic v. Augies Prime Cut of Westchester, Inc.*, No. 19-CV-8216 (KMK), 2020 WL 5894603, at *5 (S.D.N.Y. Oct. 5, 2020)).

        Accordingly, the motion for settlement approval is **DENIED** without prejudice to renewal. The parties may file a modified agreement for the Court's review by **April 19, 2023**. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 43.

**SO ORDERED.**

**Dated**:  April 5, 2023
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**