# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 12, 2023

*Via ECF*
The Honorable Andrew L. Carter
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Eugenio Ramirez, et al. v. 1701 Pizza Ltd. d/b/a Luigi's Pizza, et al.*
              *Docket No.: 21-cv-00792 (ALC)(SDA)*

Dear Judge Carter:

      As the Court knows, we represent Plaintiffs Eugenio Ramirez, Esteban Cuautle, and Teofilo Almonte in this wage and hour matter arising under, *inter alia*, the overtime provisions of the Fair Labor Standards Act against Defendants 1701 Ltd. d/b/a Luigi's Pizza, Salvatore Romano, and Luigi Romano. Pursuant to this Court's Order dated April 5, 2023 [Dkt. No. 46], Plaintiffs write, on behalf of all parties, to submit the parties' Revised Settlement Agreement, attached hereto as **Exhibit A**, for this Court's review and approval.

      On April 5, 2023 [Dkt. No. 46], this Court denied Plaintiffs' Motion for Settlement Approval, dated February 14, 2023 [Dkt. No. 43], without prejudice to renewal. Specifically, this Court rejected the original agreement [Dkt. No. 43-1] because it "contain[ed] an impermissible ban on Plaintiffs' reemployment with Defendants." The Revised Settlement Agreement removes this clause and is identical in all other respects to the original agreement.

      Thus, Plaintiffs request that the Court: approve the Revised Settlement Agreement; dismiss all claims in this matter with prejudice; and retain jurisdiction to enforce the terms of the parties' Agreements should that become necessary.

We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      Lauren R. Reznick, Esq.
                                          *For the Firm*

C:    All Parties (*via* ECF)